UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa Rouse, Juston Rouse, Jenna Drouin, Nicolas Drouin, Kendra Graybeal, Nichole Edwards, Lucas Edwards, Robert Calamita, Gina Calamita, Nicole Robb, Dave Robb, Clay Whitenack, Andrea Lea Hill Whitenack, Brian Andree, Alexandra Andree, Sean Mulvey, Kyle Witczak, Brittany Witczak, Mary Jane Gougar, Chris Lorbecki, Kristina De Broux, *all individually and on behalf of all those similarly situated*, <br><br>　　　　　Plaintiffs, <br><br> v. <br><br> H.B. Fuller Company, H.B. Fuller Construction Products, Inc., <br><br>　　　　　Defendants. | Case No. 22-CV-02173 (JMB/JFD) <br><br> **ORDER OF DISMISSAL** |

　　　This matter is before the Court on Plaintiffs Lisa Rouse's, Juston Rouse's, Jenna Drouin's, Nicolas Drouin's, Kendra Graybeal's, Nichole Edwards', Lucas Edwards', Robert Calamita's, Gina Calamita's, Nicole Robb's, Dave Robb's, Clay Whitenack's, Andrea Lea Hill Whitenack's, Brian Andree's, Alexandra Andree's, Sean Mulvey's, Kyle Witczak's, Brittany Witczak's, Mary Jane Gougar's, Chris Lorbecki's, and Kristina De Broux's and Defendants H.B. Fuller Company's and H.B. Fuller Construction Products, Inc.'s Joint Stipulation for Dismissal.  (Doc. No. 237.)  Plaintiff Sean Mulvey wishes to

dismiss all claims that he asserted against Defendants in the Third Amended Complaint (Doc. No. 167) under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Therefore, IT IS HEREBY ORDERED that all of Mulvey's claims asserted in the Third Amended Complaint (Doc. No. 167) are DISMISSED WITHOUT PREJUDICE, and each party shall bear their own costs and attorneys' fees.

Dated:  August 7, 2024                                   /s/ *Jeffrey M. Bryan*
                                                         Judge Jeffrey M. Bryan
                                                         United States District Court