IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa Rouse, Juston Rouse, Jenna Drouin, Nicholas Drouin, Kendra Graybeal, Nichole Edwards, Lucas Edwards, Robert Calamita, Gina Calamita, Nicole Robb, Dave Robb, Clay Whitenack, Andrea Lee Hill Whitenack, Brian Andree, Alexandra Andree, Kyle Witczak, Brittany Witczak, Kristina De Broux, Mary Jane Gougar, and Chris Lorbecki, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> H.B. Fuller Company and H.B. Fuller Construction Products Inc., <br><br> Defendants. | Case No. 0:22-cv-02173-JMB/JFD <br><br> **DEFENDANTS' MOTION TO DENY CLASS CERTIFICATION** |

      Defendants H.B. Fuller Company and H.B. Fuller Construction Products, Inc. (together, "H.B. Fuller") move under Federal Rule of Civil Procedure 23 to deny class certification. Plaintiffs filed this putative nationwide class action lawsuit alleging that H.B. Fuller's Power Grout product is universally defective, even though discovery has shown that most Power Grout users have experienced no issues. Beyond that, the record shows that each person's experiences with the grout will have differed widely from installation to installation and litigating these claims on a class-wide basis would be next to impossible. Now is the time for the Court to take up class certification. Discovery is effectively finished, and what remains will not affect the Rule 23 analysis.

      As shown in the accompanying Memorandum of Law, Plaintiffs cannot carry their burden to certify a class: (i) the putative class lacks Article III standing; (ii) common questions of law and fact do not predominate over individualized inquiries; (iii) class

1

2

litigation is not superior to individual litigation of Plaintiffs' claims brought under the laws of all U.S. jurisdictions; and (iv) individualized issues, lack of future harm, and the availability of money damages preclude an injunctive-relief class.

    H.B. Fuller submits this Motion based on the attached Memorandum of Law, Motion Index and Supporting Charts, Declaration of Lorie S. Gildea and cited exhibits and declarations, Declaration of Traci Jensen and supporting exhibits, Declaration of Heather Ruhl, and on any other matters as the Court may properly allow.

Dated: April 9, 2025                     */s/ Lorie S. Gildea*
                                         Lorie S. Gildea (#0233961)
                                         Laura R. Hammargren (#0389276)
                                         **GREENBERG TRAURIG, LLP**
                                         90 S. 7th St., Suite 3500
                                         Minneapolis, MN 55402
                                         Phone: (612) 259-9700
                                         Fax: (612) 677-3101
                                         Lorie.Gildea@gtlaw.com
                                         Laura.Hammargren@gtlaw.com

                                         Robert J. Herrington (admitted pro hac vice)
                                         **GREENBERG TRAURIG, LLP**
                                         1840 Century Park East, Suite 1900
                                         Los Angeles, California 90067
                                         Phone: (310) 586-7700
                                         Fax: (310) 586-7800
                                         Robert.Herrington@gtlaw.com

                                         Christopher S. Dodrill (admitted pro hac vice)
                                         **GREENBERG TRAURIG, LLP**
                                         2200 Ross Avenue, Suite 5200
                                         Dallas, Texas 75201
                                         Phone: (214) 665-3600
                                         Fax: (214) 665-3601
                                         Christopher.Dodrill@gtlaw.com


                                         Todd A. Noteboom (#0240047)
                                         William D. Thomson (#0396743)
                                         Andrew P. Leiendecker (#0399107)
                                         Zachary J. Wright (#0402945)
                                         **Stinson LLP**
                                         50 South Sixth Street, Suite 2600
                                         Minneapolis, MN 55402
                                         Telephone: (612) 335-1500
                                         todd.noteboom@stinson.com
                                         william.thomson@stinson.com
                                         andrew.leiendecker@stinson.com
                                         zachary.wright@stinson.com

Jeremy A. Root (admitted pro hac vice)
**Stinson LLP**
230 W. McCarty Street
Jefferson City, MO 65101
Telephone: (573) 636-6263
jeremy.root@stinson.com

*Attorneys for Defendants H.B. Fuller Company and H.B. Fuller Construction Products, Inc.*

4