IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa Rouse, Juston Rouse, Jenna Drouin, Nicholas Drouin, Kendra Graybeal, Nichole Edwards, Lucas Edwards, Robert Calamita, Gina Calamita, Nicole Robb, Dave Robb, Clay Whitenack, Andrea Lee Hill Whitenack, Brian Andree, Alexandra Andree, Kyle Witczak, Brittany Witczak, Kristina De Broux, Mary Jane Gougar, and Chris Lorbecki, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>H.B. Fuller Company and H.B. Fuller Construction Products Inc.,<br><br>    Defendants. | Case No. 0:22-cv-02173-JMB/JFD<br><br>**INDEX OF EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION TO DENY CLASS CERTIFICATION** |

| Exhibit Number | Description | Exhibit to: |
|---|---|---|
| 1 | Chart: Plaintiffs' Divergent Power Grout Experiences | Index |
| 2 | Chart: Implied Warranty – Key state law variations | Index |
| 3 | Chart: Express Warranty – Key state law variations | Index |
| 4 | Chart: Negligence – Key state law variations | Index |
| 5 | Chart: Strict Products Liability – Key state law variations | Index |
| 6 | Chart: Fraud – Key state law variations | Index |
| 7 | Chart: UDAP – Key state law variations | Index |
| | | |

1

| Exhibit Number | Description | Exhibit to: |
|---|---|---|
| 8 * | Deposition Transcript: Plaintiff Alexandra Andree | Declaration of Lorie S. Gildea (Gildea Decl.) |
| 9 * | Deposition Transcript: Plaintiff Brian Andree | Gildea Decl. |
| 10 * | Deposition Transcript: Plaintiff Gina Calamita | Gildea Decl. |
| 11 * | Deposition Transcript: Plaintiff Robert "Bob" Calamita | Gildea Decl. |
| 12 * | Deposition Transcript: Plaintiff Kristina De Broux | Gildea Decl. |
| 13 * | Deposition Transcript: Plaintiff Jenna Drouin | Gildea Decl. |
| 14 * | Deposition Transcript: Plaintiff Nicholas Drouin | Gildea Decl. |
| 15 * | Deposition Transcript: Plaintiff Lucas Edwards | Gildea Decl. |
| 16 * | Deposition Transcript: Plaintiff Nichole Edwards | Gildea Decl. |
| 17 * | Deposition Transcript: Plaintiff Mary Jane Gougar | Gildea Decl. |
| 18 * | Deposition Transcript: Plaintiff Kendra Graybeal | Gildea Decl. |
| 19 | Deposition Transcript: Plaintiff Chris Lorbecki | Gildea Decl. |
| 20 * | Deposition Transcript: Plaintiff Dave Robb | Gildea Decl. |
| 21 * | Deposition Transcript: Plaintiff Nicole Robb | Gildea Decl. |
| 22 * | Deposition Transcript: Plaintiff Juston Rouse | Gildea Decl. |
| 23 * | Deposition Transcript: Plaintiff Lisa Rouse | Gildea Decl. |
| 24 * | Deposition Transcript: Plaintiff Andrea Whitenack | Gildea Decl. |
| 25 * | Deposition Transcript: Plaintiff Clay Whitenack | Gildea Decl. |
| 26 * | Deposition Transcript: Plaintiff Brittany Witczak | Gildea Decl. |
| 27 * | Deposition Transcript: Plaintiff Kyle Witczak | Gildea Decl. |
| 28 | Plaintiffs' 11/22/2024 Supplemental Responses to Defendants' Interrogatory No. 11 (Excerpt) | Gildea Decl. |
| 29 | Plaintiffs' 02/14/2025 First Amended Supplemental Responses to Defendants' Interrogatory No. 1 (Excerpt) | Gildea Decl. |

---

* Denotes that material in the exhibit has been designated confidential. A full copy of the exhibit is being filed under seal, and either a redacted copy or slipsheet is being filed contemporaneously on the public docket.

| Exhibit Number | Description | Exhibit to: |
|---|---|---|
| 30 * | Deposition Transcript: John Anderson | Gildea Decl. |
| 31 * | Deposition Transcript: Michael Bobak | Gildea Decl. |
| 32 * | Deposition Transcript: Oscar Del Bosque | Gildea Decl. |
| 33 * | Deposition Transcript: Kristin Fritts | Gildea Decl. |
| 34 * | Deposition Transcript: Traci Jensen | Gildea Decl. |
| 35 * | Deposition Transcript: Chris Kain | Gildea Decl. |
| 36 * | Deposition Transcript: Glenna Kearns | Gildea Decl. |
| 37 * | Deposition Transcript: Thomas Plaskota | Gildea Decl. |
| 38 * | Deposition Transcript: Gregory Schad | Gildea Decl. |
| 39 * | Deposition Transcript: Shane Strang | Gildea Decl. |
| 40 | Lowe's production in response to Plaintiffs' Rule 45 subpoena, Bates stamped Lowe00000225 | Gildea Decl. |
| 41 * | Email from Plaintiff Kristina De Broux, Bates stamped PLAINTIFFS00000919 | Gildea Decl. |
|  |  |  |
| 42 | Document reflecting several labels for different size Power Grout bags, Bates stamped HBF0429706, also Deposition Exhibit 3 at the deposition of Kristin Fritts on June 13, 2024 | Declaration of Traci Jensen (Jensen Decl.) |
| 43 | Power Grout Product Data Sheet (2022), Bates stamped HBF0582258 | Jensen Decl. |
| 44 * | Compilation of customer feedback regarding the Hardener provided to H.B. Fuller | Jensen Decl. |
| 45 | Power Grout Limited Warranty (Mar. 2021), Bates stamped HBF1005065 | Jensen Decl. |
| 46 | Power Grout Limited Warranty (Mar. 2013), Bates stamped HBF1158042 | Jensen Decl. |
| 47 | Power Grout Limited Warranty (Sep. 2016), Bates stamped HBF0630267 | Jensen Decl. |
| 48 | Power Grout Limited Warranty (Apr. 2018), Bates stamped HBF0000576 | Jensen Decl. |

| Exhibit Number | Description | Exhibit to: |
|---|---|---|
| 49 * | Power Grout annual claims rate data (2015–2024), Bates stamped HBF1743012 | Jensen Decl. |
| 50 | Case Study regarding ISU natatorium project | Jensen Decl. |
| 51 | Case Study regarding ASU project | Jensen Decl. |
| 52 | Case Study regarding Grand Traverse Resort project | Jensen Decl. |
| 53 | Case Study regarding DaVita project | Jensen Decl. |
| 54 | Case Study regarding Bronson Healthcare project | Jensen Decl. |
| 55 | Compilation of Power Grout feedback provided to H.B. Fuller | Jensen Decl. |
| 56 | Document reflecting "sell sheet" from 2018, Bates stamped HBF0252294, Deposition Exhibit 6 at the deposition of Heather Ruhl on May 22, 2024 | Jensen Decl. |
| 57 | Document reflecting "sell sheet" from 2011, Bates stamped HBF1157916, Deposition Exhibit 2 at the deposition of Kristin Fritts on June 13, 2024 | Jensen Decl. |
| 58 | Document reflecting example "How to Grout Tile" flier produced for distribution at Menards, Bates stamped HBF1478415 | Jensen Decl. |
| 59 | Document reflecting photograph of an installed "end cap" at Menards, Bates stamped HBF1478282 | Jensen Decl. |
| 60 | Document reflecting example of an invitation to in-person demonstration at Emser Tile, Bates stamped HBF1267003 | Jensen Decl. |
| 61 | NTCA Reference Manual, Chapter 8 (Grout), Bates Stamped HBF0610564 | Jensen Decl. |
|  |  |  |
| 62 | Declaration: Buddy Billingsley (Wisenbaker) | Gildea Decl. (*continued*) |
| 63 | Declaration: Emily Heinze (Northwest Tile Supply) | Gildea Decl. |
| 64 | Declaration: Jaime Karsky (Meadowlark Tile) | Gildea Decl. |

4

| Exhibit Number | Description | Exhibit to: |
|---|---|---|
| 65 | Declaration: Tim McAdoo (UCX, JJ Haines) | Gildea Decl. |
| 66 | Declaration: Justin O'Farrell (Commercial Contractors, Inc.) | Gildea Decl. |
| 67 | Declaration: Jason Porter (Porters Floor Covering Installations LLC) | Gildea Decl. |
| 68 | Declaration: Jason Shupe (Total Image Contracting & Design LLC) | Gildea Decl. |
| 69 | Declaration: Daniel Welch (Welch Tile) | Gildea Decl. |
| 70 | Declaration: James Woelfel (Artcraft Granite Marble and Tile Co.) | Gildea Decl. |

| | |
|---|---|
| Dated: April 9, 2025 | */s/ Lorie S. Gildea*<br>Lorie S. Gildea (#0233961)<br>Laura R. Hammargren (#0389276)<br>**GREENBERG TRAURIG, LLP**<br>90 S. 7th St., Suite 3500<br>Minneapolis, MN 55402<br>Phone: (612) 259-9700<br>Fax: (612) 677-3101<br>Lorie.Gildea@gtlaw.com<br>Laura.Hammargren@gtlaw.com<br><br>Robert J. Herrington (admitted pro hac vice)<br>**GREENBERG TRAURIG, LLP**<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Phone: (310) 586-7700<br>Fax: (310) 586-7800<br>Robert.Herrington@gtlaw.com<br><br>Christopher S. Dodrill (admitted pro hac vice)<br>**GREENBERG TRAURIG, LLP**<br>2200 Ross Avenue, Suite 5200<br>Dallas, Texas 75201<br>Phone: (214) 665-3600<br>Fax: (214) 665-3601<br>Christopher.Dodrill@gtlaw.com<br><br><br>Todd A. Noteboom (#0240047)<br>William D. Thomson (#0396743)<br>Andrew P. Leiendecker (#0399107)<br>Zachary J. Wright (#0402945)<br>**Stinson LLP**<br>50 South Sixth Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 335-1500<br>todd.noteboom@stinson.com<br>william.thomson@stinson.com<br>andrew.leiendecker@stinson.com<br>zachary.wright@stinson.com |

6

        Jeremy A. Root (admitted pro hac vice)
**Stinson LLP**
230 W. McCarty Street
Jefferson City, MO 65101
Telephone: (573) 636-6263
jeremy.root@stinson.com

*Attorneys for Defendants H.B. Fuller Company and H.B. Fuller Construction Products, Inc.*