**Rouse, et al. v. H.B. Fuller Company, et al.**
**0:22-CV-02173-JMB/JFD**

# Exhibit 1

*Rouse v. H.B. Fuller – Plaintiffs' Widely Divergent Power Grout Experiences*

| Plaintiff | Exposure | Reliance | Materiality | Alleged Injury | Potential Installer Errors | Response to Issues |
|---|---|---|---|---|---|---|
| **Andrees** (Exhibits 8 and 9) | Learned of Power Grout through contractor.[1] | Contractor "convinced" them to select Power Grout.[2] | Contractor informed them product did not need sealing.[3] | Pigment bleed throughout, and efflorescence in bathroom, but not laundry and fireplace.[4]<br><br>No cracks in shower, bathroom floor, laundry area, or fireplace.[5]<br><br>Unable to confirm water damage.[6] | Admitted contractor may have erred by failing to mix entire bag of Power Grout.[7]<br><br>Contractor smeared grout across baseboards.[8] | Received Hardener but refused to apply it beyond test patch in closet.[9] |

---

[1] B. Andree Dep., 101:7–20 ("[Appalachian Tradesman] convinced us that it's a better product than, I guess, other grouts.").

[2] B. Andree Dep., 101:7–20.

[3] A. Andree Dep. 259:21–260:11 ("Q. . . . [E]arlier you testified that your contractor represented to you that the product would never need sealing. Is that right? A. Yes. Q. Do you know where he got that representation from? A. I think just -- [Objection.] . . . his general use of it . . . .").

[4] A. Andree Dep. 135:1–21 (claims grout pigment bleeding throughout), 204:13–205:7 (claims efflorescence in bathroom grout); B. Andree Dep. 84:17–85:17 (no observed efflorescence in laundry and fireplace grout).

[5] A. Andree Dep. 221:16–222:17 (has not seen "any cracks" in shower, bathroom floor, laundry area, or fireplace).

[6] A. Andree Dep. 251:21–25 ("Q. . . . [Y]ou [aren't] really sure whether or not there was any water damage caused by the grout erosion. Is that right? A. Yes. I'm not sure.").

[7] A. Andree Dep. 194:20–195:13 ("Q. Did you know that your contractor had not mixed the entire bag? [Objection.] A. No. Q. Does that suggest to you the contractor may have made an error . . . ? [Objection.] A. Yes.").

[8] Ruhl Declaration, ¶ 13.

[9] A. Andree Dep. 177:11–13.

*Rouse v. H.B. Fuller – Plaintiffs' Widely Divergent Power Grout Experiences*

| Plaintiff | Exposure | Reliance | Materiality | Alleged Injury | Potential Installer Errors | Response to Issues |
|---|---|---|---|---|---|---|
| **Calamitas** (Exhibits 10 and 11) | Steered exclusively toward Power Grout by tile store representative.[10] | Relied on store's representations and a marketing pamphlet about Power Grout's features.[11] | Wife's "biggest concern" was color, husband's was a grout that did not need sealing.[12] | Pigment bleeding and efflorescence in shower.[13]<br><br>Husband does not see an issue with bathroom floor but wife claims to.[14]<br><br>No damage to property besides the grout / integrated tile system.[15] | Do not know if contractor followed Power Grout package instructions for installation.[16] | Received Hardener but do not know everywhere it was applied.[17] |

---

[10] G. Calamita Dep. 95:6–22 ("[S]ince I was selecting black, [the Avalon Flooring employee] said that . . . I have a grout that you might be interested in… And then he, you know, just really kind of started pushing that.").
[11] G. Calamita Dep. 97:17–98:23.
[12] R. Calamita Dep. 103:3–14.
[13] G. Calamita Dep. 71:2–3 ("I can see black on the Scrub Daddy."), 72:18–22 ("[T]here's, like, whitish marks in it . . . .").
[14] R. Calamita Dep. 83:24–84:3 ("But as far as I know, I don't see . . . an issue with the floor. But, again, my wife knows more on that.").
[15] R. Calamita Dep. 228:22–229:8 ("Q. Has the installation of the hardener caused damage to any of your property? [Objection.] A. I don't believe so."), 230:10–231:6 (no water penetration or damage in the home), 251:9–252:18 ("Q. Has there been any physical damage to property in the master bathroom that you attribute to the grout-installation issues? [Objection.] A. I don't think so.").
[16] R. Calamita Dep. 79:20–80:25 ("Q. . . . [Y]ou don't have any personal knowledge of whether your contractor installed the grout correctly or not? [Objection.] A. No.").
[17] R. Calamita Dep. 219:5–220:24 (did not observe Hardener being applied).

*Rouse v. H.B. Fuller – Plaintiffs' Widely Divergent Power Grout Experiences*

| Plaintiff | Exposure | Reliance | Materiality | Alleged Injury | Potential Installer Errors | Response to Issues |
|---|---|---|---|---|---|---|
| **De Broux** <br><br>**(Exhibit 12)** | No exposure to any representation.[18] | N/A.[19] | N/A.[20] | Grout erosion in shower, and cracked tiles around shower window, but not in kitchen.[21] | Contractor did not mix full bags of Power Grout.[22] | Applied Hardener in bathroom grout but not kitchen.[23] <br><br> H.B. Fuller reimbursed over $7k invoiced for professional re-grouting work.[24] |

---

[18] K. De Broux Dep. 88:3–9 ("Did not know" Power Grout was being installed at first, and has no "firsthand knowledge" of who purchased it.).
[19] K. De Broux Dep. 88:3–9.
[20] K. De Broux Dep. 88:3–9.
[21] K. De Broux Dep. 95:10–20 ("[M]y finger was covered in, like, a -- like, actual physical grout coming out, sandy black on my finger."), 155:6–25.
[22] K. De Broux Dep. 91:25–92:3 ("I know that I have half a bag of the grout at my residence now, so I know that it wasn't all mixed.").
[23] K. De Broux Dep. 137:2–25.
[24] K. De Broux Dep. 180:4–186:16.

*Rouse v. H.B. Fuller – Plaintiffs' Widely Divergent Power Grout Experiences*

| Plaintiff | Exposure | Reliance | Materiality | Alleged Injury | Potential Installer Errors | Response to Issues |
|---|---|---|---|---|---|---|
| **Drouins** (Exhibits 13 and 14) | Learned about Power Grout from tile store.[25] | Relied on claims and recommendation of tile store.[26] | "Primary concern" was the color.[27] Tile store also informed them Power Grout would not need sealing and is "great for high traffic areas."[28] | Softness and cracking in shower.[29] | Do not know if contractor followed Power Grout package instructions for installation.[30] Contractor improperly spaced tiles.[31] | Initiated the instant litigation instead of making a Limited Warranty claim.[32] |

---

[25] J. Drouin Dep. 93:7–15 ("Q. [Y]ou testified that you were relying on the representations from Artistic Tile about Power Grout used in your home, correct? A. . . . [Y]es, we took their recommendation, after we were satisfied with their answers.").
[26] J. Drouin Dep. 93:7–15.
[27] N. Drouin Dep. 53:6–19.
[28] N. Drouin Dep. 53:22–54:2.
[29] J. Drouin Dep. 7:24–8:6 ("It did not fully harden, it is soft when wet, and can be scratched up under fingernails.").
[30] N. Drouin Dep. 107:5–8 ("I wouldn't know for certain.").
[31] Ruhl Declaration, ¶ 11.
[32] J. Drouin Dep. 91:11–15 ("Q. You didn't make a warranty claim prior to [notifying H.B. Fuller of your intent to sue], did you? A. . . . We did not do a separate claim directly, no.").

*Rouse v. H.B. Fuller – Plaintiffs' Widely Divergent Power Grout Experiences*

| Plaintiff | Exposure | Reliance | Materiality | Alleged Injury | Potential Installer Errors | Response to Issues |
|---|---|---|---|---|---|---|
| **Edwardses** (Exhibits 15 and 16) | Learned about Power Grout from tile store, contractor, and unknown websites.[33] | Relied on recommendation of contractor and what he read on unknown websites.[34] | Selected based on color options and understanding that it was "water resistant."[35] | Cracked grout in kids' shower and part of kitchen backsplash.[36]<br><br>No issues with kitchen backsplash or mudroom floor, and unable to confirm water intrusion.[37]<br><br>No damage to property besides the grout / integrated tile system.[38] | Do not know if contractor followed Power Grout package instructions for installation.[39] | Received Hardener but unsure where it was applied.[40]<br><br>Contractor re-installed Power Grout in kids' bathroom, but unsure if new or old material.[41]<br><br>H.B. Fuller reimbursed more than $3k invoiced for professional repair work.[42] |

---

[33] L. Edwards Dep. 75:20–76:5 ("[I]t was both recommended by The Tile Source, and it's what Kempton Construction used . . . ."), 79:2–24.

[34] L. Edwards Dep. 75:20–76:5, 79:2–24.

[35] L. Edwards Dep. 76:2–21 ("I also looked at the colors because we really needed -- the colors were an impact, . . . and I was impressed by some of the color options that TEC Power Grout offered.").

[36] L. Edwards Dep. 176:18–24.

[37] L. Edwards Dep. 142:22–143:7 (have not had "any issues" with kids' bathroom shower walls (in ordinary use), kitchen backsplash, or mudroom floor); N. Edwards Dep. 253:8–254:21 ("I have no idea what is going on underneath that shower. . . . I'm not sure.").

[38] N. Edwards Dep. 263:1–265:3.

[39] L. Edwards Dep. 73:20–75:2.

[40] L. Edwards Dep. 152:12–153:18.

[41] L. Edwards Dep. 108:11–109:13.

[42] N. Edwards Dep.) 243:15–22.

5

*Rouse v. H.B. Fuller – Plaintiffs' Widely Divergent Power Grout Experiences*

| Plaintiff | Exposure | Reliance | Materiality | Alleged Injury | Potential Installer Errors | Response to Issues |
|---|---|---|---|---|---|---|
| **Gougar-Lorbecki** (Exhibits 17 and 19) | No exposure to any representation.[43] | N/A.[44] | N/A.[45] | Grout erosion in showers, discoloration and erosion in the master bathroom floor, and water intrusion/mold in original installation in master shower.[46] | Do not know if contractor followed Power Grout package instructions for installation.[47]  Contractor failed to install necessary waterproof membrane in shower walls, attempted to shim tiles with cardboard-like material.[48] | Received Hardener and applied in some parts of bathroom but not others; also attempted to patch Power Grout over allegedly failing installation.[49]  H.B. Fuller reimbursed $3.8k invoiced for professional repairs.[50]  Contractor reinstalled grout, but don't know if new installation was Power Grout.[51] |

---

[43] M. J. Gougar Dep. 18:4–19:2 ("I just trusted the contractor to pick the right grout and do the right job.").
[44] M. J. Gougar Dep. 18:4–19:2.
[45] M. J. Gougar Dep. 18:4–19:2.
[46] M. J. Gougar Dep. 31:20–34:19, 143:13–19, 76:9–77:2.
[47] M. J. Gougar Dep. 21:3–8.
[48] M. J. Gougar Dep. 78:18–79:5 ("Q. But there were certain spots that didn't have waterproofing? A. From what he said."); Ruhl Declaration, ¶ 14.
[49] C. Lorbecki Dep. 38:3–17, 43:9–44:6.
[50] *See* Ex. 28 (Plaintiffs' Response to Defendants' Interrogatory No. 11).
[51] M. J. Gougar Dep. 91:3–92:7.

6

*Rouse v. H.B. Fuller – Plaintiffs' Widely Divergent Power Grout Experiences*

| Plaintiff | Exposure | Reliance | Materiality | Alleged Injury | Potential Installer Errors | Response to Issues |
|---|---|---|---|---|---|---|
| **Graybeal** (Exhibit 18) | No exposure to any representation.[52] | N/A.[53] | N/A.[54] | Pigment bleeding and shrunk grout / grout "falling out."[55]  No damage to property besides the grout / integrated tile system.[56] | Contractor failed to mix complete bags of Power Grout. Graybeal also ignored that instruction on re-install.[57]  Contractor had not packed grout down fully to mortar.[58] | Received Hardener but refused to apply it.[59]  Attempted to remove and reinstall Power Grout herself.[60] |

---

[52] K. Graybeal Dep. 63:24–64:8 (Bought house with Power Grout previously installed.).
[53] K. Graybeal Dep. 63:24–64:8.
[54] K. Graybeal Dep. 63:24–64:8.
[55] K. Graybeal Dep. 109:2–20, 254:3–17.
[56] K. Graybeal Dep. 130:11–131:3, 132:17–20, 252:22–254:24, 257:6–258:16.
[57] K. Graybeal Dep. 70:21–71:2; 116:3–8.
[58] Ruhl Declaration, ¶ 12.
[59] K. Graybeal Dep. 219:15–220:1 ("Q. Did H.B. Fuller ever send a hardener for you to use on the grout installations in your home? A. Yes. . . . Q. Did you use the hardener in your home? A. No.").
[60] K. Graybeal Dep. 51:10–19.

7

*Rouse v. H.B. Fuller – Plaintiffs' Widely Divergent Power Grout Experiences*

| Plaintiff | Exposure | Reliance | Materiality | Alleged Injury | Potential Installer Errors | Response to Issues |
|---|---|---|---|---|---|---|
| **Robbs** <br><br> **(Exhibits 20 and 21)** | No exposure to any representations.[61] | N/A[62] | Picked out what "colors . . . would be cool."[63] | Grout erosion in shower.[64] <br><br> No issues with Power Grout in kitchen, laundry room, or post-litigation re-grout of shower.[65] <br><br> No damage to property besides the grout / integrated tile system.[66] | Do not know if contractor followed Power Grout package instructions for installation.[67] | Re-installed portions of grout in bathrooms twice.[68] <br><br> Hardener applied to some areas after the second grout reinstallation.[69] <br><br> H.B. Fuller reimbursed more than $1.3k invoiced for repairs.[70] |

---

[61] D. Robb Dep. 28:8–9 ("I did not know the brand of grout.").
[62] D. Robb Dep. 35:25–36:8 (Did no research about brands, had no conversations, and "[d]idn't give grout much thought.")
[63] N. Robb Dep. 24:10–16.
[64] D. Robb Dep. 43:12–21 ("The color of the grout was running over the color of the tile.").
[65] D. Robb Dep. 78:2–5, 78:22–79:4, 91:8–23 (installations in laundry room and kitchen have not had "any issues," and Power Grout installed in shower after he filed litigation had not developed "any issues").
[66] D. Robb Dep. 60:9–15.
[67] D. Robb Dep. 30:2–6 ("So you don't know how they mixed the grout or did any of the installation? [Objection.] A. I -- no.").
[68] D. Robb Dep. 58:8–13.
[69] N. Robb Dep. 63:2–21.
[70] N. Robb Dep. 57:19–58:3.

*Rouse v. H.B. Fuller – Plaintiffs' Widely Divergent Power Grout Experiences*

| Plaintiff | Exposure | Reliance | Materiality | Alleged Injury | Potential Installer Errors | Response to Issues |
|---|---|---|---|---|---|---|
| **Rouses** (Exhibits 22 and 23) | Contractor made representations about Power Grout colors and features, but husband did not know the brand.[71] | "Deferred" to their contractor's choice of grout brand.[72] | "Deferred" to their contractor's choice of grout brand.[73] | Color bleeding and soft grout in all installations.[74]  Unable to confirm water intrusion.[75] | Do not know if contractor followed Power Grout package instructions for installation.[76]  Contractor failed to space tiles correctly.[77] | Re-installed some grout in bathroom. Do not know if floors were re-grouted.[78]  Received Hardener, but do not know where it was applied.[79] |

---

[71] L. Rouse Dep. 78:7–79:9 ("[W]e picked out the colors. And they told us about, like, the grout that they choose, which is TEC Power Grout, because it didn't need to be sealed and it had a lot of color options."); J. Rouse Dep., 60:10–24.
[72] L. Rouse Dep. 90:22–91:6 ("Q. And, fair to say, that you deferred to Berry Built on the selection of the color of the grout? [Objection.] A. Yes. Q. Did you also defer to the brand of grout they would use? [Objection.] A. Yes.").
[73] L. Rouse Dep. 90:22–91:6.
[74] J. Rouse Dep. 70:21–71:7, 77:20–23 ("I'm talking about the grout installed in the entire house. . . . [I]t's soft everywhere.").
[75] J. Rouse Dep. 179:7–15 ("I don't know how to answer that question [about water intrusion] because I can't see anything below the tile.").
[76] J. Rouse Dep. 53:21–24 ("Q. I'm just asking, you don't have any personal knowledge of whether the contractors mixed the grout correctly or not, right? A. No.").
[77] Ruhl Declaration, ¶ 10.
[78] J. Rouse Dep. 101:19–21.
[79] J. Rouse Dep. 159:21–160:17.

*Rouse v. H.B. Fuller – Plaintiffs' Widely Divergent Power Grout Experiences*

| Plaintiff | Exposure | Reliance | Materiality | Alleged Injury | Potential Installer Errors | Response to Issues |
|---|---|---|---|---|---|---|
| **Whitenacks** (Exhibits 24 and 25) | Exposed to representations from tile store representative and Power Grout bag.[80] | Relied on tile store representative and Power Grout bag.[81] | Selected Power Grout based on color and understanding that it is low maintenance and is not required to be sealed.[82]<br><br>Re-selected Power Grout after alleged issues, to "match the colors."[83] | Erosion of grout in bathroom.[84]<br><br>Do not know if there is water intrusion, and admit some grout is "unaffected."[85] | Do not know if contractor followed Power Grout package instructions for installation.[86] | First patched installations, then applied Hardener (to shower walls but not floors, and none in kitchen), then did a full regrout.[87]<br><br>H.B. Fuller reimbursed more than $2.5k invoiced for re-grout work.[88] |

---

[80] A. Whitenack Dep. 64:9–16 ("Q. . . . [W]ould it be fair to say you relied primarily on the information from the Louisville Tile sales rep and then whatever was on the bag? [Objection.] A. I would say that that is accurate.").
[81] A. Whitenack Dep. 64:9–16.
[82] A. Whitenack Dep. 17:3–18:9, 62:24–63:18 ("[I]n my conversation with the Louisville Tile sales rep, the PowerTEC grout was supposed to never, and that word was used, never have to be sealed . . . .").
[83] C. Whitenack Dep. 87:1–7.
[84] A. Whitenack Dep. 26:7–17 ("The first thing we noticed was the coloring running down the tile wall. Pieces or little particles, sand particles. And as time went on, sometimes there were larger chunks . . . .").
[85] C. Whitenack Dep. 52:7–9 (believes there is no water damage but there "was a concern . . . for water getting back behind the tile"); A. Whitenack Dep. 27:13–29:4.
[86] A. Whitenack Dep. 23:15–24:5.
[87] A. Whitenack Dep. 42:8–43:10; C. Whitenack Dep. 76:7–77:6.
[88] A. Whitenack Dep. 94:3–95:22.

*Rouse v. H.B. Fuller – Plaintiffs' Widely Divergent Power Grout Experiences*

| Plaintiff | Exposure | Reliance | Materiality | Alleged Injury | Potential Installer Errors | Response to Issues |
|---|---|---|---|---|---|---|
| **Witczaks** (Exhibits 26 and 27) | Read "good reviews" online and researched H.B. Fuller's website.[89] | Relied on "good reviews" he read.[90] | Selected because "you didn't have to seal it" and he understood it was "resistant to mold and mildew."[91] | Grout erosion in shower.[92]<br><br>No issues with Power Grout in laundry room and first-floor half bath.[93]<br><br>No damage to property besides the grout / integrated tile system.[94] | Grout joints were inconsistent.[95] | Received Hardener, but only applied it to shower walls.[96] |

---

[89] K. Witczak Dep. 87:7–88:17, 89:5–15 ("I don't know the exact website off the top of my head, but the TEC grout's website. Q. Did you go to that website, before you went to Virginia Tile? A. Yes.").
[90] K. Witczak Dep. 88:5–17.
[91] K. Witczak Dep. 87:7–21.
[92] K. Witczak Dep. 219:23–220:5 ("[T]he color will run down the wall and you'll have particles on your hand.").
[93] K. Witczak Dep. 217:17–218:2 ("Q. As for [the laundry room and first-floor half bath], have you encountered any issues with the grout installed in either of those rooms? A. No.").
[94] B. Witczak Dep. 133:23–135:24.
[95] Ruhl Declaration, ¶ 15.
[96] K. Witczak Dep. 153:20–154:20.