**Rouse, et al. v. H.B. Fuller Company, et al.**
**0:22-CV-02173-JMB/JFD**

# Exhibit 2

*Rouse v. H.B. Fuller – Key Legal Disparities Among Plaintiffs' Home States on Implied Warranty Claims*

| State | Privity Required? | Statute of Limitations | Pre-Suit Notice Required? |
|---|---|---|---|
| **Idaho** | Yes, unless unfair prejudice would result.<br><br>*Petrus Fam. Tr. Dated May 1, 1991 v. Kirk*, 415 P.3d 358, 367 (Idaho 2018). | Four years.<br><br>Idaho Code § 28-2-725(1). | Notice is required.<br><br>Idaho Code § 28-2-607(3). |
| **Kentucky** | Yes.<br><br>*Smart & Assocs., LLC v. Indep. Liquor (NZ) Ltd.*, 226 F. Supp. 3d 828, 849 (W.D. Ky. 2016). | Four years.<br><br>Ky. Rev. Stat. § 355.2-725(1). | Pre-suit notice not required.<br><br>*Travelers Prop. Cas. Co. of Am. v. Rapid Power Corp.*, 2013 U.S. Dist. LEXIS 63568, at *15 (W.D. Ky. May 3, 2013). |
| **Massachusetts** | No.<br><br>Mass. Gen. Laws ch. 106, § 2-318; *Jacobs v. Yamaha Motor Corp.*, 649 N.E.2d 758, 762 (Mass. 1995). | Four years.<br><br>Mass. Gen. Laws ch. 106, § 2-725(1). | Notice is required (with state-specific test as to sufficiency).<br><br>*Smith v. Robertshaw Controls Co.*, 410 F.3d 29, 35-36 (1st Cir. 2005). |
| **Michigan** | No.<br><br>*Farley v. Country Coach, Inc.*, 403 F. App'x 973, 977 (6th Cir. 2010). | Four years.<br><br>Mich. Comp. Laws § 440.2725(1). | Actual notice of the breach before filing suit is required.<br><br>*Gorman v. Am. Honda Motor Co.*, 302 Mich. App. 113, 127 (2013). |
| **New Hampshire** | No.<br><br>*Dalton v. Stanley Solar & Stove, Inc.*, 629 A.2d 794, 797 (N.H. 1993). | Four years.<br><br>N.H. Rev. Stat. § 382-A:2-725(1). | Notice is required (with state-specific test as to sufficiency).<br><br>*See Precourt v. Fairbank Reconstruction Corp.*, 856 F. Supp. 2d 327, 340 (D.N.H. 2012) (collecting cases) |

*Rouse v. H.B. Fuller – Key Legal Disparities Among Plaintiffs' Home States on Implied Warranty Claims*

| **State** | **Privity Required?** | **Statute of Limitations** | **Pre-Suit Notice Required?** |
|---|---|---|---|
| **North Carolina** | Yes, for claims involving only economic loss.<br><br>*Sharrard, McGee & Co. v. Suz's Software, Inc.*, 396 S.E.2d 815, 818 (N.C. App. 1990); | Four years.<br><br>N.C. Gen. Stat. § 25-2-725(1). | Notice is required.<br><br>N.C. Gen. Stat. Ann. § 25-2-607 |
| **Ohio** | Yes.<br><br>*Curl v. Volkswagen of Am., Inc.*, 871 N.E.2d 1141, 1147 (Ohio 2007). | Four years.<br><br>Ohio Rev. Code § 1302.98(A). | Notice is required (with state-specific test as to sufficiency).<br><br>*See Chemtrol Adhesives, Inc. v. Am. Mfrs. Mut. Ins. Co.*, 537 N.E.2d 624, 636 (Ohio 1989). |
| **Pennsylvania** | No.<br><br>*Flow Int'l Corp. v. Hydrojet Servs.*, No. 01-CV-3942, 2003 WL 22359201, at *4 (E.D. Pa. May 19, 2003). | Four years.<br><br>13 Pa. Cons. Stat. § 2725(a). | Notice is required.<br><br>*See Incubadora Mexicana, SA de CV v. Zoetis, Inc.*, 310 F.R.D. 166, 174 (E.D. Pa. 2015). |
| **Washington** | Yes.<br><br>*Thongchoom v. Graco Children's Prods., Inc.*, 71 P.3d 214, 219 (Wash. App. 2003). | Four years.<br><br>Wash. Rev. Code § 62A.2-725(1). | Notice is required.<br><br>Wash. Rev. Code § 62A.2-607. |

*Rouse v. H.B. Fuller – Key Legal Disparities Among Plaintiffs' Home States on Implied Warranty Claims*

| State | Privity Required? | Statute of Limitations | Pre-Suit Notice Required? |
|---|---|---|---|
| **Wisconsin** | Yes.<br><br>*Weaver v. Champion Petfoods USA Inc.*, 2019 WL 2774139, at *4 (E.D. Wis. July 1, 2019); *State Farm Mut. Auto. Ins. v. Ford Motor Co.*, 592 N.W.2d 201, 206 (Wis. 1999). | Six years.<br><br>Wis. Stat. § 402.725(1). | Notice required.<br><br>*See Kessler v. Samsung Elecs. Am. Inc.*, 2018 WL 7502913, at *5-6 (E.D. Wis. Feb. 16, 2018) (stating Wisconsin law "require[es] pre-suit notice" for both express and implied warranty claims). |

3