**Rouse, et al. v. H.B. Fuller Company, et al.**
**0:22-CV-02173-JMB/JFD**

# Exhibit 3

*Rouse v. H.B. Fuller – Key Legal Disparities Among Plaintiffs' Home States on Express Warranty Claims*

| State | Reliance Required? | Pre-Suit Notice Required? | Privity Required? | Statute of Limitations |
|---|---|---|---|---|
| **Idaho** | Reliance not required. *Keller v. Inland Metals All Weather Conditioning, Inc.*, 139 Idaho 233, 237 (2003). | Pre-suit notice not required. Idaho Code § 28-2-607(3)(a). | Privity required. *Wilson v. Amneal Pharms., LLC*, No. 13-cv-00333-CWD, 2013 WL 6909930, at *15-16 (D. Idaho Dec. 31, 2013). | Four years. Idaho Code Ann. § 28-2-725(1). |
| **Kentucky** | Reliance required. *Young v. Stock Yard Farm*, No. 10-cv-00186-R, 2011 U.S. Dist. LEXIS 25339, at *9-10 (W.D. Ky. Mar. 10, 2011). | Pre-suit notice not required. *Travelers Prop. Cas. Co. of Am. v. Rapid Power Corp.*, No. 12-cv-00038-R, 2013 U.S. Dist. LEXIS 63568, at *15 (W.D. Ky. May 3, 2013). | Privity is required, except for household members and guests. *Blanton v. Remington Arms Co., LLC*, No. 20-cv-71-REW-EBA, 2022 WL 4125071, at *2 (E.D. Ky. Sept. 9, 2022). | Four years. Ky. Rev. Stat. § 355.2-725(1). |
| **Massachusetts** | Reliance required. *Taupier v. Davol, Inc.*, 490 F. Supp. 3d 430, 438 (D. Mass. 2020). | Pre-suit notice required. *Santos v. Sanyo Mfg. Corp.*, No. 12-11452-RGS, 2013 U.S. Dist. LEXIS 63596, at *12-13 (D. Mass. May 3, 2013). | Privity not required. Mass. Gen. Laws Ch. 106, § 2-318. | Four years. Mass. Gen. Laws ch. 106, § 2-725 (1). |

1

*Rouse v. H.B. Fuller – Key Legal Disparities Among Plaintiffs' Home States on Express Warranty Claims*

| State | Reliance Required? | Pre-Suit Notice Required? | Privity Required? | Statute of Limitations |
|---|---|---|---|---|
| **Michigan** | Proof of actual reliance not required, but need "some affirmation of fact" during bargaining period.<br><br>*Fire Ins. Exch. v. Electrolux Home Prod.*, No. 05-70965, 2006 U.S. Dist. LEXIS 76161, at *16-17 (E.D. Mich. Oct. 11, 2006). | Pre-suit notice required.<br><br>*Tapply v. Whirlpool Corp.*, No. 22-cv-758, 2023 U.S. Dist. LEXIS 128618, at *24 (W.D. Mich. Jun. 23, 2023). | Privity required.<br><br>*Montgomery v. Kraft Foods Global, Inc.*, 822 F.3d 304, 308-09 (6th Cir. 2016) (applying Michigan law). | Four years.<br><br>Mich. Comp. Laws § 440.2725(1). |
| **New Hampshire** | Rebuttable presumption of reliance is the buyer is aware of the warranty statement.<br><br>*Kelleher v. Marvin Lumber & Cedar Co.*, 152 N.H. 813, 844 (2005). | Pre-suit notice required.<br><br>*Herne v. Cooper Indus.*, No. 04-cv-202-SM, 2005 U.S. Dist. LEXIS 24371, at *13-15 (D.N.H. Oct. 19, 2005). | Privity not required.<br><br>*Ortiz v. Sig Sauer, Inc.*, 596 F. Supp. 3d 339, 349 (D.N.H. 2022). | Four years.<br><br>N.H. Rev. Stat. Ann. § 382-A:2-725(1). |
| **North Carolina** | Reliance required.<br><br>*Diop v. DMW of N. Am., LLC*, 511 F. Supp. 3d 679, 686 (E.D.N.C. 2021). | Pre-suit notice required.<br><br>*Butcher v. DaimlerChrysler Co.*, No. 1:08-cv-207, 2008 U.S. Dist. LEXIS 57679, at *10 (M.D.N.C. Jul. 29, 2008). | Privity not required, but warranty must be addressed to "ultimate consumer or user."<br><br>*Ascot Corp., LLC v. I&R Waterproofing, Inc.*, 286 N.C. App. 470, 478 (2022). | Four years.<br><br>N.C. Gen. Stat. § 25-2-725(1). |

2

*Rouse v. H.B. Fuller – Key Legal Disparities Among Plaintiffs' Home States on Express Warranty Claims*

| State | Reliance Required? | Pre-Suit Notice Required? | Privity Required? | Statute of Limitations |
|---|---|---|---|---|
| **Ohio** | Reliance required.<br><br>*Ditto v. Monsanto Co.*, 867 F. Supp. 585, 595 (N.D. Ohio 1993). | Pre-suit notice required.<br><br>*Forsher v. J.M. Smucker Co.*, 612 F. Supp. 3d 714, 726 (N.D. Ohio 2020). | Privity not required.<br><br>*Risner v. Regal Marine Indus.*, 8 F. Supp. 3d 959, 989 (S.D. Ohio 2014). | Four years.<br><br>Ohio Rev. Code Ann. § 1302.98(1). |
| **Pennsylvania** | Reliance required.<br><br>*Miller v. Heil Co.*, 525 F. Supp. 3d 612, 617 (W.D. Pa. 2021). | Pre-suit notice required.<br><br>*Schmidt v. Ford Motor Co.*, 972 F. Supp. 2d 712, 718 (E.D. Pa. 2013). | Privity not required.<br><br>*Whitaker v. Herr Foods, Inc.*, 198 F. Supp. 3d 476, 485 n. 4 (E.D. Pa. 2016). | Four years.<br><br>13 Pa. Cons. Stat. Ann. § 2725(a-b). |
| **Washington** | Reliance required.<br><br>*Moodie v. Remington Arms Co.*, No. C13-0172-JCC, 2013 WL 12191352, at *8 (W.D. Wash. Aug. 2, 2013). | Notice is required to the seller within reasonable time.<br><br>Wash. Rev. Code Ann. § 62A.2-607(3). | Privity not required.<br><br>*Fortune View Condo. Ass'n v. Fortune Star Dev. Co.*, 151 Wn.2d 534, 541 (Wash. 2004). | Four years.<br><br>Wash. Rev. Code Ann. § 62A.2-725(1). |
| **Wisconsin** | Reliance required.<br><br>*Singh v. Hestad*, 2012 Wisc. App. LEXIS 62, ¶ 9 (Jan. 24, 2012). | Pre-suit notice required.<br><br>*Castle v. Kroger Co.*, 634 F. Supp. 3d 539, 563-64 (E.D. Wis. 2022). | Privity required.<br><br>*Weaver v. Champion Petfoods USA Inc.*, No. 18-cv-1996-JPS, 2019 WL 2774139, at *4 (E.D. Wis. Jul. 1, 2019). | Six years.<br><br>Wis. Stat. Ann. § 402.725(1). |

3