**Rouse, et al. v. H.B. Fuller Company, et al.**
**0:22-CV-02173-JMB/JFD**

# Exhibit 5

*Rouse v. H.B. Fuller – Key Legal Disparities Among Plaintiffs' Home States on Strict Products Liability Claims*

| State | Strict Products Liability Recognized? | Economic Losses | Fault Apportionment | Statute of Limitations |
|---|---|---|---|---|
| **Idaho** | Yes. Idaho Code § 6-1401, *et seq.* | No tort liability for "purely economic losses." *Clark v. Int'l Harvester Co.*, 581 P.2d 784, 793 (Idaho 1978). | Bars recovery if individual is 51% or more at fault ("modified" comparative model). Idaho Code § 6-1404. | Two years. Idaho Code § 6-1403(3). |
| **Kentucky** | Yes. Ky. Rev. Stat. 411.300, *et seq.* | Recovery limited to "personal injury, death or property damage." Ky. Rev. Stat. § 411.300(1). | Any recovery reduced by "pure" comparative fault model. Ky Rev. Stat. § 411.182. | One year. Ky. Rev. Stat. § 413.140(1)(a); *see also Williams v. Fulmer*, 695 S.W.2d 411 (Ky. 1985) (confirming one-year period for product liability claims). |
| **Massachusetts** | No; product liability limited to breaches of warranty under UCC Article 2. *Commonwealth v. Johnson Insulation*, 425 Mass. 650, 653 (1997). | *N/A* | *N/A* | *N/A* |

1

*Rouse v. H.B. Fuller – Key Legal Disparities Among Plaintiffs' Home States on Strict Products Liability Claims*

| State | Strict Products Liability Recognized? | Economic Losses | Fault Apportionment | Statute of Limitations |
|---|---|---|---|---|
| **Michigan** | Yes.<br><br>Mich. Comp. Laws § 600.2946. | Economic losses are not recoverable when the transaction is between commercial parties.<br><br>*Niebarger v. Universal Cooperatives*, 486 N.W.2d 612, 615 (Mich. 1992). | Comparative fault.<br><br>Mich. Comp. Laws § 600.2957. | Three years.<br><br>Mich. Comp. Laws § 600.5805(12). |
| **New Hampshire** | Yes.<br><br>N.H. Rev. Stat. 507-D:1, *et seq*. | Action may be brought for "personal injury, death or property damage."<br><br>N.H. Rev. Stat. § 507-D:1(I). | Bars recovery if individual is 51% or more at fault ("modified" comparative model).<br><br>N.H. Rev. Stat. § 507:7-D. | Three years.<br><br>N.H. Rev. Stat. § 507-D:2(I). |
| **North Carolina** | No.<br><br>N.C. Gen. Stat. § 99B-1.1. | *N/A* | *N/A* | *N/A* |

2

*Rouse v. H.B. Fuller – Key Legal Disparities Among Plaintiffs' Home States on Strict Products Liability Claims*

| State | Strict Products Liability Recognized? | Economic Losses | Fault Apportionment | Statute of Limitations |
|---|---|---|---|---|
| **Ohio** | Yes.<br><br>Ohio Rev. Code § 2307.71, *et seq.* | "Economic loss is not 'harm,'" noting harm limited to death, physical injury to person, serious emotional distress, or physical damage to property other than the product.<br><br>Ohio Rev. Code § 2307.71(7). | Contributory fault is an affirmative defense.<br><br>Ohio Rev. Code § 2315.32. | Two years.<br><br>Ohio Rev. Code § 2305.10(A). |
| **Pennsylvania** | Yes.<br><br>*Tincher v. Omega Flex, Inc.*, 104 A.3d 328, 381-82 (Pa. 2014). | Economic damages may not be recovered absent physical injury or other property damage.<br><br>*Jones v. Gen'l Motors Corp.*, 631 A.2d 665, 666 (Pa. Super. 1993). | No fault apportionment.<br><br>*Roverano v. John Crane, Inc.*, 226 A.3d 526, 538-39 (Pa. 2020). | Two years.<br><br>42 Pa. Cons. Stat. § 5524. |
| **Washington** | Yes.<br><br>Wash. Rev. Code § 7.72.010, *et seq.* | "'Harm' includes any damages recognized by the courts of this state," but it "does not include direct or consequential economic loss."<br><br>Wash. Rev. Code § 7.72.010(6). | Any recovery reduced by "pure" comparative fault model.<br><br>Wash. Rev. Code § 4.22.005. | Three years.<br><br>Wash. Rev. Code § 7.72.060(3). |

3

*Rouse v. H.B. Fuller – Key Legal Disparities Among Plaintiffs' Home States on Strict Products Liability Claims*

| State | Strict Products Liability Recognized? | Economic Losses | Fault Apportionment | Statute of Limitations |
|---|---|---|---|---|
| **Wisconsin** | Yes. Wis. Stat. § 895.047. | Covers only "injury or harm to a person or property." Wis. Stat. § 895.046(2). | Bars recovery if individual is 51% or more at fault ("modified" comparative model). Wis. Stat. § 895.045(3)(b). | Three years. Wis. Stat. § 893.54 (1m). |