# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa Rouse et al., | No. 25-mc-25 (DLM) |
| Plaintiffs, | |
| v. | **ORDER OF DIRECTION TO THE CLERK OF COURT FOR REASSIGNMENT OF CASE** |
| H.B. Fuller Company et al., | |
| Defendants. | |

| | |
|---|---|
| Lisa Rouse et al., | No. 22-cv-2173 (JMB/JFD) |
| Plaintiffs, | |
| v. | |
| H.B. Fuller Company et al., | |
| Defendants. | |

This case, No. 25-mc-25, has been randomly assigned to Magistrate Judge Douglas L. Micko. District Judge Jeffrey M. Bryan and Magistrate Judge John F. Docherty are assigned to No. 22-cv-2173, a related case.

**IT IS ORDERED** that this case, No. 25-mc-25, be reassigned to Magistrate Judge John F. Docherty.

DATED: May 2, 2025

*/s/ Jeffrey M. Bryan*
JEFFREY M. BRYAN
United States District Judge