## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Lisa Rouse, et al., | Case No. 22-cv-2173 (JMB/JFD) |
| Plaintiff, | |
| v. | |
| | **ORDER TO MEDIATE CASE** |
| H.B. Fuller Company and H.B. Fuller Construction Products, Inc., | |
| Defendants. | |

This matter is before the Court on the parties' agreement to mediate this case with a private mediator. This agreement was presented to the Court by David Hine, counsel for Plaintiffs, and Todd Noteboom, counsel for the H.B. Fuller parties—H.B. Fuller Company ("HBF Co.") and H.B. Fuller Construction Products ("HBF-CP") (collectively, "HB Fuller")—in an unrecorded Status Conference held on October 27, 2025. (*See* Minute Entry, Dkt. No. 635.) After an initial mediation session, the parties have asked the Court to order additional private mediation with Jill R. Sperber, Esq. in the future and to stay proceedings pending the conclusion of those proceedings.

Accordingly, based on the foregoing and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. The parties will continue private mediation with Jill R. Sperber, Esq. as soon as can be reasonably accommodated by the schedules of the mediator and attendees;

2. Counsel who will actually try the case and each party, armed with full settlement authority, shall be present for the upcoming mediation sessions with Ms. Sperber;

a. This means that each party must attend through a person who has the power to change that party's settlement posture during the course of the mediation. If the party representative has a limit or "cap" on his or her authority, this requirement is not satisfied.

b. Attendees must negotiate in good faith. Refusing to negotiate in good faith is sanctionable at the Court's discretion. *See* Fed. R. Civ. P. 16(f).

c. A representative of the following insurers must also attend, with the power to pay the relevant policy limits:

   i. National Union
   ii. Great American
   iii. Lexington
   iv. AXA XL

3. Further decisions regarding the logistics of the mediation session are left to the discretion of the mediator;

4. Within 30 days of this order and every 30 days thereafter, the parties will file a joint status report on the progress of the mediation and upon conclusion of all mediation will contact chambers to schedule a status conference; and

5. This case is **STAYED** pending the conclusion of mediation; all deadlines are stayed and all hearings are canceled.

Date: October 28, 2025

*s/ John F. Docherty*
JOHN F. DOCHERTY
United States Magistrate Judge